*292 06 - 0078*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| BRIAN GEORDI MCINTOSH | ) | 4:20MJ75        (SEALED) |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 26, 2019 _____ in the county of _____ Collin _____ in the _____ Eastern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 922(a)(6) | False statement to Firearms dealer |

This criminal complaint is based on these facts:

See the attached affidavit of Matthew Woodlee, FBI Task Force Officer

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew s. Woodlee, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 01/31/2020 _____

_____
*Judge's signature*

City and state:          Plano, TX

Kimberly C. Priest Johnson, U.S. Magistrate Judge
*Printed name and title*