

FILED

FEB 1 2 2020

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § § | Case No. 4:20-cr-**44** Judge **Jordan** |
| BRIAN GEORDI MCINTOSH | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT 1

Violation:  18 U.S.C. §§ 922(a)(6) and  924(a)(2) (False Statement to Firearms Dealer)

On or about the July 26, 2019, in the Eastern District of Texas, the defendant, **Brian Geordi McIntosh**, in connection with the attempted acquisition of a firearm, a Glock 22, .40 caliber, from Superior Gun Care, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Superior Gun Care, which statement was intended to and was likely to deceive Superior Gun Care, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that in connection with the acquisition of a firearm the defendant **McIntosh** did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, answering "No" to the question on the form whether he had "ever been committed to a mental institution," when in fact the defendant then knew

1

then and there that he had been committed to a mental institution on a date prior to July 26, 2019.

All in violation of 18 U.S.C. § 922(a)(6) and 924(a)(2).

A TRUE BILL

_____          _____
GRAND JURY FOREPERSON                   Date          2/12/20



JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____          _____
BY:  THOMAS E. GIBSON                   Date     February 12, 2020
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | §    Case No. 4:20-cr- 44 |
| | §    Judge Jordan |
| BRIAN GEORDI MCINTOSH | § |

## NOTICE OF PENALTY

### Count 1

Violation:      18 U.S.C. §§ 922(a)(6) and 924(a)(2) (False Statement to Firearms Dealer)

Penalty:      Imprisonment for a term of not more than 10 years, a fine of not more than $250,000, or both. A term of supervised release of not more than three years in addition to such term of imprisonment.

Special
Assessment:      $100.00

3